OCTOBER 31, 1983

No. 82–6768.   FINNEY *v.* MICHIGAN DEPARTMENT OF SOCIAL SERVICES.   Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 83–140.   PITTSBURG & MIDWAY COAL MINING CO. *v.* REVENUE DIVISION, TAXATION AND REVENUE DEPARTMENT OF NEW MEXICO.   Appeal from Ct. App. N. M. dismissed for want of substantial federal question.

No. 83–366.   PENOBSCOT NATION *v.* STILPHEN, COMMISSIONER, DEPARTMENT OF PUBLIC SAFETY OF MAINE, ET AL. Appeal from Sup. Jud. Ct. Me. dismissed for want of substantial federal question.

No. 83–333.   C.P. CHEMICAL CO., INC. *v.* COMMISSIONER OF PUBLIC HEALTH OF MASSACHUSETTS.   Appeal from Sup. Jud. Ct. Mass.   Motion of appellant to dispense with printing partial appendix granted.   Appeal dismissed for want of substantial federal question.

No. 83–518.   JACQUES ET UX. *v.* UNITED STATES ET AL.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5322.   ELLIOTT *v.* ELLIOTT.   Appeal from Sup. Ct. N. M. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5375.   CHAPMAN *v.* BANK OF THE COMMONWEALTH ET AL.   Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.